No. 8471. STATE ex Rel. EMMET O'SULLIVAN, Relator, v. DISTRICT COURT for the COUNTY of WHEATLAND and HON. LYMAN H. BENNETT, Judge Presiding, Respondents.

Decided November 4, 1943.

PER CURIAM.—Relator's petition for writ of mandate is denied.

*Mr. Edmond G. Toomey,* for Relator.